LAW OFFICES
# BASS & ASSOCIATES
A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546

September 16, 2010

United States Bankruptcy Court
Southern District of Florida
1675 Palm Beach Lakes 8th
West Palm Beach, FL 33401

Re:         Daniel Boris Gushin
            Melissa Helen Gushin
Case No.:   10-25136
Claim No.:  10

To Whom It May Concern:

We represent HSBC Bank Nevada, N.A. – Best Buy Co, Inc. in the above referenced matter. Our firm filed the above listed proof of claim on behalf of our client on July 22nd, 2010, in the amount of $3,921.96. Upon reviewing case information, we respectfully request the above proof of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

*[signature: Megan Hill]*

Megan Hill, Esq
Authorized Representative